## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| United States of America | § | |
| | § | |
| vs. | § | NO:  AU:26-CR-00342(1)-DAE |
| | § | |
| (1) Juan Almanza-Vazquez | § | |

### ORDER

On this day the Court reviewed the file in the above-styled cause, and specifically the Report and Recommendation of the United States Magistrate Judge filed July 1, 2026, wherein the defendant Almanza-Vazquez waived appearance before this Court and appeared before United States Magistrate Judge Susan Hightower for the taking of a felony plea and Rule 11, Fed. R. Crim. P., allocution.   The Magistrate Judge recommends that the plea of guilty be accepted by the undersigned, and noting no opposition by defendant Almanza-Vazquez to the Report and Recommendation, the Court enters the following order:

**IT IS THEREFORE ORDERED** that the defendant Almanza-Vazquez's plea of guilty to Count One of the Information is accepted.

Signed this 1st day of July, 2026.

_____
DAVID ALAN EZRA
SENIOR U.S. DISTRICT JUDGE